UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES BAEZ,<br><br>　　　　　　　　Defendant. | 24-CR-00256 (RFT)<br><br>**SENTENCING ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It is hereby ORDERED that sentencing in this matter is scheduled for **Wednesday, July 24, 2024 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

Defendant's sentencing submission shall be served no later than **July 8, 2024**. The Government's sentencing submission shall be served no later than **July 15, 2024**. The parties should email the Court at TarnofskyCriminalDuty@nysd.uscourts.gov each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

DATED:  April 25, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge