UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JAMES BAEZ,<br><br>     Defendant. | 24-CR-00256 (RFT)<br><br>**SENTENCING ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

It is hereby ORDERED that sentencing in this matter is rescheduled for **Wednesday, September 4, 2024 at 10:00 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. Defendant's sentencing submission shall be served no later than **August 19, 2024**. The Government's sentencing submission shall be served no later than **August 26, 2024**. The parties should email the Court at TarnofskyCriminalDuty@nysd.uscourts.gov each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

The Court of Clerk is respectfully requested to grant ECF 19.

DATED: June 25, 2024
     New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge